1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12  MARRIO Q. MORELAND,                          )
                                                                        )
13                    Plaintiff,                          )
                                                                        )        3:12-cv-00393-PMP-WGC
14  vs.                                                           )
                                                                        )
15  D. BAKER, *et al.*,                                )        **ORDER**
                                                                        )
16                    Defendants.                     )
17  _____/

18          Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application

19  to proceed *in forma pauperis*.

20          Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is incomplete. Both a financial

21  certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's

22  inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule

23  LSR 1-2. Plaintiff did not attach a statement of his inmate trust fund account for the six months prior

24  to the filing of his application to proceed *in forma pauperis*. Both an executed financial certificate and

25  an inmate account statement are required.

26          Plaintiff will be granted the opportunity to do one of the following: (1) pay the full filing fee of

1   $350.00, or (2) file a fully completed application to proceed *in forma pauperis.*

2        **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis*

3   (ECF No. 1) is **DENIED**, without prejudice to his filing a new, fully completed application.

4        **IT IS FURTHER ORDERED** that plaintiff shall, within **thirty (30) days** from the date of

5   entry of this order, do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully

6   completed application to proceed *in forma pauperis,* on the correct form, including a  financial

7   certificate signed by an authorized prison or jail officer and a statement of his inmate trust fund

8   account for the six months prior to the filing of his application.

9        **IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order,

10   dismissal of this action may result.

11        **IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an

12   application to proceed *in forma pauperis* and instructions for the same.

13        **IT IS FURTHER ORDERED** that the clerk shall retain the civil rights complaint, but shall

14   not file it at this time.

15        Dated this 23rd day of August, 2012.

16

17                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

2